IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**GILBERT GUZMAN, an individual,**

    Plaintiff,

v.                                                                   1:21-cv-00198-KWR-JFR

**NEW MEXICO STATE DEPARTMENT
OF CULTURAL AFFAIRS (DCA), a New Mexico
entity, and CITY OF SANTA FE,**

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court upon the Stipulation for Dismissal of Plaintiff Mr. Guzman and Defendant City of Santa Fe, and the Court, being fully advised in the premise, hereby approves the Stipulation, and **FINDS** that this cause should be **DISMISSED WITH PREJUDICE** as to all claims against Defendant City of Santa Fe in accordance with the terms of the Stipulation of Dismissal.

    **IT IS THEREFORE ORDERED** that all claims against Defendant City of Santa Fe are dismissed with prejudice.  The parties hereto shall bear their own costs and attorney fees.

_____
HONORABLE KEA W. RIGGS
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM:**

ERIN K. MCSHERRY, CITY ATTORNEY
CITY OF SANTA FE, NEW MEXICO


/s/ Marcos D. Martinez
Marcos D. Martínez
Senior Assistant City Attorney
City of Santa Fe
200 Lincoln Avenue
P.O. Box 909
Santa Fe, New Mexico 87504-0909
Telephone: (505) 955-6967
Facsimile: (505) 955-6748
Email: mdmartinez@santafenm.gov
*Attorney for Defendant City of Santa Fe*


DAVIS, MILES, MCGUIRE, GARDNER, PLLC


*Approved via email on April 21, 2021*
Penelope Quintero
320 Gold Ave. SW, Ste. 1111
Albuquerque, NM 87102
Telephone: (505) 948-5050
Facsimile: (505) 243-6448
pquintero@davismiles.com
*Attorney for Plaintiff*