## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

GILBERT GUZMAN,

      Plaintiff,

v.

                                     No. 1:21-cv-00198-KWR-JFR

NEW MEXICO STATE DEPARTMENT
OF CULTURAL AFFAIRS,

      Defendant.

### STIPULATED ORDER TO EXTEND DEADLINE TO
### SUBMIT CLOSING DOCUMENTS

**THIS MATTER** comes before the Court upon Plaintiff, Gilbert Guzman's Stipulated Motion to Extend Deadline to Submit Closing Documents **(Doc. 34)** For the reasons stated below, Defendant's Motion to Extend Deadline to Submit Closing Documents is **WELL-TAKEN** and is **GRANTED.**

**IT IS THEREFORE ORDERED** that pursuant to the parties settling this matter at the Rule 16 Settlement Conference conducted by the Honorable John F. Robbenhaar on Tuesday, August 17, 2021, closing documents shall be due **on or before September 24, 2021.**

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**